IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN SYX, | : | |
| Plaintiff, | | Case No. 3:18-cv-11 |
| v. | : | JUDGE WALTER H. RICE |
| CITY OF DAYTON, | | *NUNC PRO TUNC SEPTEMBER 9, 2019* |
| Defendant. | : | |

ORDER VACATING SEPTEMBER 9, 2019, TRIAL DATE

Trial in the above-captioned case is currently scheduled for September 9, 2019. The Court VACATES that trial date, which will be rescheduled after the Court issues a ruling on Defendant's Motion for Summary Judgment, Doc. #16.

Date: September 23, 2019

_(signature)_
WALTER H. RICE
UNITED STATES DISTRICT JUDGE